**"UNDER SEAL"**

FILED
IN COURT
CHARLOTTE, N. C.

OCT 25 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:06CR **415-C** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| (1) PAUL OSUJI | ) | |
| (2) TAMARA VARANADO | ) | |
| | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Arrest Warrants and the Motion to Seal the Bill of Indictment be sealed until the defendant has been arrested.

This the **25th** day of October, 2006.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE