# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### DOCKET NO. 3:06CR415

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>            )<br>  v.         )<br>            )<br>PAUL OSUJI,     )<br>            )<br>    Defendant. )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion to Modify Magistrate Judge's Oral Order (document #19) filed by the defendant, Paul Osuji, on January 25, 2007. In the motion, the defendant seeks a modification of his terms of pretrial release. Specifically, the defendant seeks a modification that would allow him to apply for a job as a nursing assistant or similar position, provided he is not engaged in billing Medicare/Medicaid, processing claims, or otherwise personally involved in receipt of funds from Medicare/Medicaid. The defendant's motion reflects that the attorney for the government has no objection to this modification. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that the Defendant's Motion to Modify Magistrate Judge's Oral Order is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the terms of pretrial release for defendant shall be modified to allow the defendant to apply for a job as a nursing assistant or similar position, provided he is not engaged in billing Medicare/Medicaid, processing claims, or otherwise personally involved in receipt of funds from Medicare/Medicaid.

Signed: February 23, 2007

_____
David C. Keesler
United States Magistrate Judge