# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CRIMINAL NO.  3:06CR415

| | |
|---|---|
| UNITED STATES OF AMERICA       ) | |
| ) | |
| ) | |
| VS.          ) | **PRETRIAL ORDER** |
| ) | |
| ) | |
| PAUL OSUJI                                  ) | |
| TAMARA VARNADO                    ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* for entry of a pretrial order.

## PRETRIAL PROCEDURES

All pretrial motions by either party, including motions *in limine*, shall be filed on or before Monday, December 17, 2007.

Proposed jury instructions, should the parties wish to submit them, may be filed no later than Friday, December 28, 2007.

The Government and the Defendants shall file their respective exhibit lists with the Court no later than Friday, December 28, 2007.

The Government shall provide the Defendants with any information concerning promises of leniency or immunity to Government witnesses no later than Friday, December 28, 2007.

All parties are advised to comply with Federal Rule of Criminal Procedure 16. It is noted that the Government has requested reciprocal discovery.

The parties shall also comply with Federal Rule of Criminal Procedure 12.1 concerning notice of alibi and alibi witnesses.

## TRIAL PROCEDURES

Jury selection will proceed with initial *voir dire* conducted by the undersigned. Thereafter, counsel for each side will be allowed no more than 45 minutes to conduct individual *voir dire*. Pursuant to Federal Rule of Criminal Procedure 24(b)(2), the Government has 6 peremptory challenges and the Defendants collectively have 10 peremptory challenges. Two alternate jurors will be selected and the parties will use peremptory challenges to alternate jurors in accordance with Federal Rule of Criminal Procedure 24(c).

Trial will commence each day at 9:00 a.m. and will end at 6:00 p.m. The jury will have one hour for lunch between 1:00 p.m. and 2:00 p.m. A fifteen minute recess will be taken each morning at 11:00 a.m. and each afternoon at 4:00 p.m. Counsel are instructed to have witnesses available so that no delay will occur.

The undersigned does not conduct sidebars except in the most extraordinary of circumstances. Thus, counsel should not request the same absent such. Objections to evidence shall be made by a simple objection without any statement of reason unless requested by the Court. No witness may be approached without permission from the Court. Counsel shall meet prior to trial to agree on the admissibility of exhibits and shall make a good faith effort at agreement.

**IT IS SO ORDERED.**

Signed: December 7, 2007

_____
Lacy H. Thornburg
United States District Judge