IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 3:06CR415

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| PAUL OSUJI | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Adoption of Co-Defendant Motions, filed December 17, 2007. Defendant requests "to be allowed to adopt each and every pretrial motion filed by his co-defendant in this case . . . and to adopt each memorandum of law and each point raised therein . . . in so far only as any of said pretrial motions or memoranda of law are beneficial and not adverse to this defendant." **Defendant's Motion, at 1.**

The Court notes that, to date, the docket in this case contains more than 100 entries, including over two dozen motions, responses, memoranda, *etc*., filed by Osuji's co-Defendant Tamara Varnado. Many of Varnado's motions, moreover, were filed under seal and remain under seal

to the present day, and consequently Defendant Osuji can have no knowledge of their contents. Without more specificity, the Court is unable to grant Defendant's motion.

**IT IS, THEREFORE, ORDERED** that Defendant's motion is **DENIED WITHOUT PREJUDICE.** Defendant may refile whatever specific motions he deems appropriate.

Signed: December 18, 2007

Lacy H. Thornburg
United States District Judge