**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO.  3:06CR415**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **PAUL OSUJI** | ) | |
| **TAMARA VARNADO** | ) | |
| | ) | |

      **THIS MATTER** is before the Court on Defendants' respective motions in limine.  Both motions request the pretrial exclusion of anticipated evidence from the Government regarding Defendants' prior encounters with the law.  *See* **Defendant Varnado's Motion in Limne [sic] to Preclude Impeachment of Defendant by Prior Conviction, filed December 11, 2007; Defendant Paul Osuji's Motion in Limine, filed December 17, 2007.**

      Defendants' motions are premature.  All such evidentiary rulings will be made during the course of trial pursuant to proper objections.

**IT IS, THEREFORE, ORDERED** that the Defendants' respective

motions in limine are **DENIED WITHOUT PREJUDICE** to renewal of

objections to the challenged evidence at trial.

Signed: December 18, 2007

Lacy H. Thornburg
United States District Judge