**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO.  3:06CR415**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **PAUL OSUJI** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* "notice of appeal from the judgment imposed by this Court on 13th day of December 2007."  Defendant states, "I am requesting a new counsel for my appeal, and I want the public defender's office to appoint one for me."  **Notice of Appeal, at 1.**  It appears that Defendant is referring to the Magistrate Judge's oral order entered on December 12, 2007, which denied Defendant's request for substitution of counsel.

Defendant states no grounds for his "appeal," and therefore it is denied.

**IT IS, THEREFORE, ORDERED** that Defendant's "notice of appeal" is dismissed and the order of the Magistrate Judge entered December 12, 2007, is **AFFIRMED**.

Signed: December 18, 2007

Lacy H. Thornburg
United States District Judge