IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 3:06CR415

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| PAUL OSUJI | ) | |
| TAMARA VARNADO | ) | |

**THIS MATTER** is before the Court on the Government's motion for leave to file proposed jury instructions for forfeiture, filed January 8, 2008.

For the reasons stated in the motion and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is hereby **GRANTED**, and the jury instructions and other materials attached to the Government's motion are deemed to be timely filed.

Signed: January 10, 2008

Lacy H. Thornburg
United States District Judge