**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL NO. 3:06CR415**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **PRELIMINARY ORDER** |
| v. | ) | **OF FORFEITURE** |
| | ) | |
| **(1) PAUL OSUJI** | ) | |

**THIS MATTER** is before the Court on the Government's motion for a preliminary order of forfeiture.

In the First Superseding Bill of Indictment in this case, the United States sought forfeiture of property of the Defendant pursuant to 18 U.S.C. § 982, incorporating 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c), that was proceeds of and/or was used to facilitate the crimes charged, together with any other substitute property, which would be subject to forfeiture under § 853(p). Defendant was convicted at trial, and the jury found the assets listed below to be subject to forfeiture.

**IT IS, THEREFORE, ORDERED** that**:**

1. Based upon Defendant's conviction at trial, the United States is authorized to seize the following property belonging to Defendant, and the same is hereby forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n):

(a) $6,671.49 - Bank of America account number 4162003527;

(b) $128,090.24 - Bank of America account number 5743062436;

(c) $9,986.64 - Central Carolina Bank account number 813355138;

(d) $24,010.16 - Central Carolina Bank account number 261428589; and,

(e) $11,439.15 - Bank of America account number 691819642.

2. The Defendant shall forfeit the sum of $1.3 million in criminal proceeds and shall be entitled to a credit against this amount for each amount finally forfeited from the foregoing bank accounts in this case.

3. Pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 982(b), the Government shall publish in a newspaper of general circulation or otherwise as provided by law, notice of this Order; notice of its intent to dispose of the property in such manner as the Attorney General may direct; and notice that any person, other than the Defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this Order of forfeiture, as a substitute for published notice as to those persons so notified.

4. Upon adjudication of all third-party interests, this Court will enter a final order and judgment of forfeiture pursuant to 21 U.S.C. § 853(n).

Signed: January 24, 2008

Lacy H. Thornburg
United States District Judge