# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 3:06CR415

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| PAUL OSUJI ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* request for a new trial due to alleged prosecutorial misconduct and ineffective assistance of counsel. **Memorandum of Law in Support of Defendant Paul Osuji's Motion for New Trial, filed May 19, 2008.**

Because the Defendant is currently represented by counsel, his *pro se* motion will be summarily denied. ***United States v. D'Amario***, 2008 WL 624768 at *1, 2008 U.S. App. LEXIS 5079 at *4 (3d Cir. 2008) (holding that district courts are not obligated to consider *pro se* motions from a defendant who is represented by counsel because "[t]he Constitution does not confer a right to proceed simultaneously by

**counsel and *pro se*").** Defendant is instructed to communicate with the Court only through his attorney.

**IT IS, THEREFORE, ORDERED** that Defendant's *pro se* motion is hereby **DENIED**.

Signed: May 20, 2008

Lacy H. Thornburg
United States District Judge