UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:06CR415-LHT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | FINAL ORDER AND |
| v. | ) | JUDGMENT OF FORFEITURE |
| | ) | |
| (1) PAUL OSUJI | ) | |

**THIS MATTER** is before the Court on the Government's Motion for Final Order and Judgment of Forfeiture. On January 24, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(2), based upon the Defendant's conviction on all counts in the First Superseding Bill of Indictment.

On March 25, 2008, April 1, 2008, and April 8, 2008, the United States published in *The Mecklenburg Times*, a newspaper of general circulation, notice of this forfeiture, notice of the intent of the Government to dispose of the forfeited property according to law, and notice of the right of third parties to, within thirty days, petition this Court for a hearing to adjudicate the validity of any alleged legal interest in the property. The record reflects that no such petitions have been filed.

Based on the record in this case, including the First Superseding Bill of Indictment, the evidence admitted at trial, the Jury Verdict, the Forfeiture Verdict Sheet, the Preliminary Order of Forfeiture, and the Affidavit of Publication of Notice of Forfeiture, the Court finds, in accordance with Fed. R. Crim. P. 32.2(c)(2) and (e)(1)(B), that the Defendant had an interest in the property listed below that is forfeitable under 18 U.S.C. § 982, incorporating 21 U.S.C. § 853(a) and 28 U.S.C. § 2461(c), and is forfeitable under 21 U.S.C. § 853(p). The Preliminary Order of

forfeiture has, therefore, become final as to this property, and the property is subject to forfeiture pursuant to Rule 32.2(c)(2) and Rule 32.2(e)(1)(B).

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Government's motion is **ALLOWED**, and all right, title, and interest in the following property is hereby forfeited to the United States for disposition according to law:

(a) $6,671.49-Bank of America Account Number XXXXXX3527;

(b) $128,090.24-Bank of America Account Number XXXXXX2436;

(c) $9,986.64-Central Carolina Bank Account Number XXXXX5138;

(d) $24,010.16-Central Carolina Bank Account Number XXXXX8589; and

(e) $11,439.15-Bank of America Account Number XXXXX9642.

Signed: November 6, 2008

Lacy H. Thornburg
United States District Judge