# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:06CR415

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | **AMENDED ORDER** |
| ) | |
| ) | |
| PAUL OSUJI ) | |
| TAMARA VARNADO ) | |
| ) | |

**THIS MATTER** is before the Court on motion of the Defendant Varnado to continue the sentencing hearing from the November 19, 2008, calendar. The Government does not oppose the relief sought.

The Court will grant the motion and continue the sentencings for both Defendants Osuji and Varnado to November 20, 2008. However, while the Court does not intend to expend an entire day taking evidence and hearing argument regarding the loss amount in this case, the Court will devote the entire afternoon for such proceedings beginning at 2:00 PM on November 20, 2008. The parties are directed to present their evidence and arguments within this time parameter.

**IT IS, THEREFORE, ORDERED** that the motion of Defendant Varnado to continue the sentencing is hereby **ALLOWED**, and the cases of both Defendants Osuji and Varnado are continued from the November 19, 2008, sentencing calendar.

**IT IS FURTHER ORDERED** that the sentencings for both Defendants Osuji and Varnado are reset for **THURSDAY, NOVEMBER 20, 2008, AT 2:00 PM,** at the U.S. Courthouse in Asheville, North Carolina.

Signed: November 6, 2008

Lacy H. Thornburg
United States District Judge