IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO. 3:06CR415

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| PAUL OSUJI | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion to amend the record. **Motion to Amend the Record, filed May 4, 2009.**

The Defendant has been advised repeatedly to file motions only through counsel. ***United States v. D'Amario*, 2008 WL 624768 at \*1, 2008 U.S. App. LEXIS 5079 at \*4 (3d Cir. 2008) (holding that district courts are not obligated to consider *pro se* motions from a defendant who is represented by counsel because "[t]he Constitution does not confer a right to proceed simultaneously by counsel and *pro se*"); *see also*, Order, filed May 20, 2008, at 1-2; Order, filed January 6, 2009, at 1-2.** Again, the Defendant is instructed to communicate with the Court only through his attorney.

**IT IS, THEREFORE, ORDERED** that Defendant's *pro se* motion to amend the record is hereby **DENIED**.

Signed: May 12, 2009

Lacy H. Thornburg
United States District Judge