# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:06-cr-00415(1)

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PAUL OSUJI | ) | |

**THIS MATTER** is before the Court on Defendant's motion to amend the judgment pursuant to Fed. R. Crim. P. 36. The Government has filed no objection to the relief sought.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to amend judgment is **ALLOWED**, and the Clerk is directed to prepare an amended judgment stating that the sentence of 211 months imposed herein shall run concurrently with Defendant's sentence imposed in the related case, *United States v. Osuji*, S.D.N.Y. Case No. 1:07-cr-124.

Signed: May 29, 2009

*[signature]*

Lacy H. Thornburg
United States District Judge