UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:06-cr-00415-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **PAUL OSUJI,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Release Passport to Probation Office in SDNY. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Release Passport to Probation Office in SDNY (#324) is GRANTED, and the United States Probation Office, Brooklyn, is directed to release the defendant's U.S. Passport to United States Probation Officer Marcella Bravo, SDNY, so that she may assist defendant in obtaining a state issued photo ID for employment purposes.

Signed: March 31, 2016



Max O. Cogburn Jr.
United States District Judge